James L. Buchal [OSB: 92161]
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 320
Portland, OR 97201
jbuchal@mbllp.com
Telephone: 503-227-1011
Facsimile: 503-227-1034

Andrea M. Miller [SBN: 88992]
NAGELEY, MEREDITH & MILLER, INC.
8001 Folsom Blvd., Suite 100
Sacramento, CA 95826
amiller@nmlsawfirm.com
Telephone: 916-386-8282
Facsimile: 916-386-8952

Attorneys for Plaintiff
Homer T. McCrary

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, the NATIONAL MARINE FISHERIES SERVICE, and RUSS M. STRACH, in his official capacity as Assistant Regional Administrator of the Protected Resource Division of the Southwest Region of the National Marine Fisheries Service,<br><br>　　　　　Defendants. | Case No. 2:06-cv-0086-MCE-KJM<br><br>ORDER GRANTING CONDITIONAL REQUEST FOR TELEPHONIC PARTICIPATION AT MARCH 20, 2006 HEARING<br><br><br>Date:　March 20, 2006<br>Time:　9:00 a.m.<br>Judge:　Hon. Morrison C. England Jr. |

　　　　The Court having received plaintiff's conditional request to appear by telephone for the March 20, 2006 motion hearing, hereby orders that plaintiffs' request is GRANTED, conditioned upon the existence of a genuine conflict based upon both (1) the continuance of the trial presently underway which has engaged plaintiffs' counsel; and (2) plaintiffs' representation that Judge Aiken

PDF created with pdfFactory trial version www.pdffactory.com

1  will permit an interruption of such trial to permit plaintiffs' counsel to participate in such telephonic
2  argument.
3
4      IT IS SO ORDERED.
5
6  Date: March 8, 2006
7                                                                                             _____
8                                                                                           MORRISON C. ENGLAND, JR
                                                                                         UNITED STATES DISTRICT JUDGE
9
10
11
12      Submitted by:
13
14      _____
15      James L. Buchal, OSB 92161
    Attorney for Plaintiff
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PDF created with pdfFactory trial version www.pdffactory.com