UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, the NATIONAL MARINE FISHERIES SERVICE, and RUSS M. STRACH, in his official capacity as Assistant Regional Administrator of the Protected Resource Division of the Southwest Region of the National Marine Fisheries Service,<br><br>    Defendants. | No. 2:06-cv-0086-MCE-KJM<br><br><br><br>ORDER |

----oo0oo----

This Court may <u>sua sponte</u> raise the issue of proper venue at any time before a responsive pleading has been filed. <u>Costlow v. Weeks</u>, 790 F.2d 1486, 1488 (9th Cir. 1986).

///
///
///
///

1

1  No answer has yet been filed on behalf of Defendants herein, and
2  the subject matter of this lawsuit, along with the allegations of
3  the Complaint with respect to Defendant Strach's "location", lead
4  the Court to question the propriety of venue pursuant to 28
5  U.S.C. § 1391(e), as alleged in Paragraph 3 of the Complaint.  A
6  Status Conference is accordingly scheduled for March 20, 2006 at
7  9:00 a.m. to address that issue.  The parties are directed to
8  file simultaneous briefing on the venue question not later than
9  March 16, 2006.  Plaintiff's Motion for Summary Judgment, and
10 Defendants' Counter-Motion to Dismiss pursuant to Federal Rule of
11 Civil Procedure 12(b)(1), both presently set for March 20, 2006,
12 are continued pending resolution of venue and will be reset as
13 necessary after March 20, 2006.

15     IT IS SO ORDERED.

17 DATED: March 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE