1  James L. Buchal [OSB: 92161]
   MURPHY & BUCHAL LLP
2  2000 S.W. First Avenue, Suite 320
   Portland, OR 97201
3  jbuchal@mbllp.com
   Telephone: 503-227-1011
4  Facsimile: 503-227-1034

5  Andrea M. Miller [SBN: 88992]
   NAGELEY, MEREDITH & MILLER, INC.
6  8001 Folsom Blvd., Suite 100
   Sacramento, CA 95826
7  amiller@nmlsawfirm.com
   Telephone: 916-386-8282
8  Facsimile: 916-386-8952

9  Attorneys for Plaintiff

10 MCGREGOR W. SCOTT
   United States Attorney
11 EDMUND BRENNAN
   Chief, Civil Division
12 U.S. Attorney's Office
   501 I Street, Suite 10-100
13 Sacramento, CA  95814-2322
   Phone: (916) 554-2700
14 Facsimile: (916) 554-2900

15 SUE ELLEN WOOLDRIDGE
   Assistant Attorney General
16 Environment & Natural Resources Division
   JEAN E. WILLIAMS, Chief
17 ROBERT P. WILLIAMS, Trial Attorney
   U.S. Department of Justice
18 Environment & Natural Resources Division
   Wildlife & Marine Resources Section
19 Ben Franklin Station, P.O. Box 7369
   Washington, D.C. 20044-7369
20 Telephone: (202) 305-0206
   Facsimile: (202) 305-0275
21
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS M. GUTIERREZ, ET AL.,<br><br>　　　　Defendants. | Case No. 06-cv-86-MCE-KJM<br><br>**ORDER GRANTING JOINT MOTION FOR TELEPHONIC PARTICIPATION AT MARCH 20, 2006 STATUS CONFERENCE**<br><br>Date: March 20, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr.<br>15th Floor, Courtroom 3 |

The Court having received the parties' Joint Motion for Telephonic Participation at Match 20, 2006 Status Conference, hereby orders that the parties' request is GRANTED.

The parties shall be available at the following telephone numbers:

| | |
|---|---|
| James L. Buchal<br>Telephone: 503-227-1011 | Robert P. Williams<br>Telephone: 202-305-0206 |
| Attorney for Plaintiff | Attorney for Defendants |

IT IS SO ORDERED.

Dated: March 17, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ *James L. Buchal*
JAMES L. BUCHAL [OSB: 92161]
MURPHY & BUCHAL LLP

Attorney for Plaintiff

/s/ *Robert P. Williams*
ROBERT P. WILLIAMS, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

Attorney for Defendants