UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOMER T. MCCRARY, | ) | No. 2:06-cv-0086-MCE-KJM |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| CARLOS M. GUTIERREZ, ET AL., | ) ) | |
| Defendants. | ) ) ) | |

    The Court having received the Stipulation for Extension of Time for Federal Defendants to Respond to Amended Complaint, hereby orders that the Stipulation is GRANTED.

    Federal Defendants shall have up to, and including, May 1, 2006 in which to file their response to Plaintiff's Amended Complaint.

IT IS SO ORDERED.

DATED: April 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE