IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER T. MCCRARY,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, ET AL.,<br><br>    Defendants. | Case No. 06-cv-86-MCE-KJM<br><br>**ORDER** |

    The Court having received the parties' Joint Motion for Telephonic Participation at June 5, 2006 Hearing, if any, hereby orders that the Motion is GRANTED.

    The parties shall be available at the following telephone numbers:

| | |
|---|---|
| James L. Buchal<br>Telephone: 503-227-1011 | Robert P. Williams<br>Telephone: 202-305-0206 |
| Attorney for Plaintiff | Attorney for Defendants |

IT IS SO ORDERED.

Dated: June 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE